IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEE A. NELSON, et al., | No. C-16-3797 MMC |
| Plaintiffs, | **ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| RAYAH LEVY, et al., | |
| Defendants. | |

Before the Court is plaintiffs' "Ex Parte Motion for Temporary Restraining Order," filed July 6, 2016, by which plaintiffs seek an order freezing defendants' assets, and to have such order issue without notice of such request having been given by plaintiffs to the named defendants. The Court, having read and considered the papers filed in support of the motion, hereby rules as follows.

A district court "may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if: (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should

not be required." See Fed. R. Civ. P. 65(b)(1). Here, although plaintiffs have submitted evidence and cited case and statutory authority in support of the requested injunction, plaintiffs have not made a sufficient showing as to their entitlement to such relief without notice to defendants.

    Accordingly, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: July 8, 2016

                                                  MAXINE M. CHESNEY
                                                  United States District Judge