FROM: 6465587533   TO: +17182662289   P. 1
From: The Law Office of D C Fax: (415) 404-6616   To:   Fax: +1 (646) 5587533   Page 1 of 1 07/08/2016 2:08 PM

Reset Form

JUL 08 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

LESLEE A. NELSON et al.

               Plaintiff(s),

    v.

RAYAH LEVY et al.

               Defendant(s).

Case No: 16-c-3797MMC

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

UNDER SEAL

I, Abraham George _____, an active member in good standing of the bar of the Eastern District of NY , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs _____ in the above-entitled action. My local co-counsel in this case is D. Gill Sperlein _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 44 Wall Street, 2nd Fl | 345 Grove Street |
| New York New York 10005 | San Francisco, CA 94102 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 498-9803 | (415) 404-6615 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| AbeGeorge@gmail.com | gill@sperleinlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NY 4272258 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/08/16

               Abraham George

               APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Abraham George _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 11, 2016

               UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER

October 2012