United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEE A. NELSON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>RAYAH LEVY, et al.,<br><br>    Defendants.<br>_____/ | No. C-16-3797 MMC<br><br>**ORDER DENYING RENEWED EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER; DENYING ADMINISTRATIVE REQUEST FOR GENERAL DUTY JUDGE TO HEAR RENEWED EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |

Before the Court are plaintiffs' "Renewed Ex Parte Motion for Temporary Restraining Order," filed July 11, 2016, and plaintiffs' "Administrative Request for General Duty Judge to Hear Plaintiffs' Renewed Ex Parte Motion for Temporary Restraining Order," filed July 11, 2016.  Having read and considered plaintiffs' moving papers, the Court hereby rules as follows.

By order filed July 8, 2016, the Court denied plaintiffs' "Ex Parte Motion for Temporary Restraining Order," filed July 6, 2016, on the ground that plaintiffs had "not made a sufficient showing as to their entitlement to [a temporary restraining order] without notice to defendants."  (See Order at 2:3.)  Plaintiffs have renewed their motion, with the exception that they now state they will serve defendants if the Court agrees to set the

matter for hearing on Thursday, July 14, 2016.  (See Def.'s Administrative Motion at 5:4-6.) Plaintiffs' renewed motion fails for the same reason set forth in the Court's prior order, specifically, their failure to provide the requisite notice to defendants.

    Accordingly, plaintiffs' renewed motion and administrative motion are hereby DENIED.

    **IT IS SO ORDERED.**

Dated:  July 11, 2016

                                          MAXINE M. CHESNEY
                                          United States District Judge