IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEE A. NELSON, et al., | No. C-16-3797 MMC |
| Plaintiffs, | **ORDER DIRECTING CLERK TO UNSEAL SEALED DOCUMENTS** |
| v. | |
| RAYAH LEVY, JESSICA JACOBSON, RAYAH RACHEL LEVY INTERNATIONAL d/b/a "ARTEQUESTA" and "AGENTS OF HUMANITY IN THE FINE ARTS," | |
| Defendants. | |

On July 6, 2016, plaintiffs filed a motion to seal various documents filed in the above-titled action, which motion the Court,[1] by Order filed that same date, granted. Pursuant to said Order, those documents were to "remain sealed until plaintiffs file[d] a proof of service." (See Order, filed July 6, 2016, at 3.) On August 1, 2016, plaintiffs filed (1) proof of having served the summons and complaint on defendant Jessica Jacobson, and (2) a waiver of service by defendants Rayah Levy and Rayah Rachel Levy International. (See Dkt. No . 20.)

---

[1] On July 7, 2016, the above-titled action was reassigned to the undersigned.

In light of thereof, the Court hereby DIRECTS the Clerk of Court to unseal all documents that have been filed under seal to date.

**IT IS SO ORDERED.**

Dated: August 4, 2016

MAXINE M. CHESNEY
United States District Judge