IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEE A. NELSON, et al., | No. C-16-3797 MMC |
| Plaintiffs, | **ORDER CONTINUING HEARING ON DEFENDANT JESSICA JACOBSON'S MOTION TO DISMISS OR FOR MORE DEFINITE STATEMENT** |
| v. | |
| RAYAH LEVY, et al., | |
| Defendants / | |

The hearing date for defendant Jessica Jacobson's "Motion to Dismiss Under F.R.C.P. 12(b)(6) or for a More Definite Statement Under F.R.C.P. 12(e)," filed August 8, 2016, is hereby CONTINUED from September 9, 2016, to September 16, 2016. See Civil L.R. 7-2(a) (providing motion must be noticed for hearing "not less than 35 days after filing of the motion").

**IT IS SO ORDERED.**

Dated: August 9, 2016

MAXINE M. CHESNEY
United States District Judge