Andrew D. Winghart (SBN 225099)
WINGHART LAW GROUP, INC.
Email: Drew@winghartlaw.com
495 Seaport Court, Suite 104
Redwood City, California 94063
Telephone:  (510) 593-8546
Facsimile:    (866) 941-8593

Attorney for Defendant
JESSICA JACOBSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEE A NELSON, individually and as Trustee and Trustor of the LESLEE A NELSON REVOCABLE TRUST and NANCY BARTH<br><br>Plaintiffs,<br><br>v.<br><br>RAYAH LEVY, JESSICA JACOBSON, RAYA RACHEL LEVY INTERNATIONAL, d/b/a "ARTEQUESTA" and "AGENTS OF HUMANITY IN THE FINE ARTS", and JOHN DOE AND JANE DOES (1-10),<br><br>Defendants. | Case No.:  **3:16-CV-3797  MMC**<br><br>**DEFENDANT JESSICA JACOBSON'S NOTICE OF CONTINUING THE MOTION TO DISMISS UNDER F.R.C.P. 12(B)(6) OR FOR A MORE DEFINITE STATEMENT UNDER F.R.C.P. 12(E)**; ORDER THEREON<br><br>Date:         September 16, 2016<br>Time:         9:00 AM<br>Courtroom: 7; 19th Floor<br>                   450 Golden Gate Avenue<br>                   San Francisco, California 94102<br><br>Honorable Maxine M. Chesney |

**Defendant Jacobson's Notice of Continuance  & [PROPOSED] ORDER**
*Nelson v. Levy et al.*; Case No.  3:16-CV-3797 MMC

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD NOTICE IS GIVEN that the above-named Defendant, Jessica Jacobson, moves this Court, pursuant to Local Rule 7-7(a) to continue the hearing on her Motion to Dismiss or for a More Definite Statement to September 23, 2016; at 9:00 AM, or as soon thereafter as the matter can be heard before the Honorable Maxine M. Chesney, Courtroom 7, located on the 19th Floor of the Phillip Burton Federal Building at 450 Golden Gate Avenue, San Francisco, CA 94102.

Pursuant to Local Rule 7-7(a) the Opposition to Defendant's Motion has not been filed and this Notice is before the Opposition is due. By Dkt # 24, the Court moved the hearing on Defendant Jacobson's Motion to September 16, 2016. Undersigned counsel is set for a trial in San Mateo on the same date as the reset hearing date in this case, necessitating this Notice.

Respectfully submitted.

Dated this 19th of August 2016.         WINGHART LAW GROUP, INC.

                                        /s/
                                        Andrew D. Winghart
                                        Counsel for Jessica Jacobson

[PROPOSED] ORDER

Based upon Defendant Jacobson's Notice of Continuance, her Motion to Dismiss or for a More Definite Statement, Dkt. #23, is continued to: September 23, 2016, at 9:00 AM~~;~~ . [or] _____. No other deadlines are changed by this Order.

**IT IS SO ORDERED.**

Dated this  19th  of  August  2016.

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

**Defendant Jacobson's Notice of Continuance & [PROPOSED] ORDER**
*Nelson v. Levy et al.*; Case No. 3:16-CV-3797 MMC

WINGHART LAW GROUP, INC.