ABRAHAM M. GEORGE (*Pro Hac Vice*)
New York State Bar No. 4272258
LAW OFFICE OF ABRAHAM GEORGE, P.C.
44 Wall Street, 2nd Floor
New York, NY 10005
Tel: 212-498-9803
Fax: 646-558-7533
E-mail: abegeorgenyc@gmail.com

D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA  94102
Tel: 415-404-6615
Fax: 415-404-6616
E-mail: gill@sperleinlaw.com

Attorney for Plaintiffs
Leslee A. Nelson et al and Nancy Barth

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLEE A. NELSON individually and as Trustee and Trustor of the LESLEE A. NELSON REVOCABLE TRUST and NANCY BARTH,<br><br>Plaintiffs,<br><br>v.<br><br>RAYAH LEVY, JESSICA JACOBSON, RAYAH RACHEL LEVY INTERNATIONAL d/b/a "ARTEQUESTA" and "AGENTS OF HUMANITY IN THE FINE ARTS", JOHN DOE and JANE DOES (1-10),<br><br>Defendants. | CASE №:  3:16-CV-3797 MMC<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS AND [PROPOSED] ORDER]**<br><br>Date:  Sept. 23rd, 2016<br>Time:  9:00<br>Court Room:  7, 19th Floor |

-1-

**WHEREAS**, the Defendant Jessica Jacobson filed a motion to dismiss on August 8, 2016;

**WHEREAS** the Court continued the time and date for oral argument on that motion for September 16, 2016 at 9:00 a.m.  Dkt. No. 24;

**WHEREAS** Defendant Jessica Jacobson Plaintiff filed a notice continuing the hearing to September 23, 2016.  Dkt. No. 25; and

**WHEREAS** Plaintiffs' opposition to Defendant Jessica Jacobson's motion to dismiss would have been due on August 22, 2016;

**THEREFORE**, the Parties do hereby **STIPULATE** as follows,

Plaintiffs will have until August 29, 2016 to file their Opposition to Jacobson's Motion to Dismiss.  Defendants will have until September 12, 2016 to file a Reply. *See August 22, 2016 Abe George Declaration.*

Defendant Jacobson maintains that Plaintiffs do not meet Justice Chesney's rules for an enlargement of time, but for the sake of judicial economy and professional courtesy nonetheless stipulates to the aforesaid schedule. *See August 22, 2016 Abe George Declaration.*

**IT IS SO STIPULATED**

Dated: August 22, 2016

                         by:

                         */s/ Abe George, Esq.*
                         _____

                         Abraham M. George
                         LAW OFFICES OF ABE GEORGE, ESQ. (*pro hac vice* pending)

                         D. Gill Sperlein
                         THE LAW OFFICE OF D. GILL SPERLEIN
                         Attorneys for Plaintiffs

                         */s/ Drew Winghart*
                         _____

                         Drew Winghart
                         WINGHART LAW GROUP, INC.

                         Attorney for Jessica Jacobson

**[PROPOSED] ORDER**

Having considered the stipulation of the Parties and finding good cause therefore, **IT IS SO ORDERED**:

1. Plaintiffs will have until August 29, 2016 to file their Opposition to Jacobson's Motion to Dismiss. Defendants will have until September 12, 2016 to file a Reply.

2. The hearing on the motion to dismiss is continued to September 30, 2016, at 9:00 a.m.

Dated: August 22, 2016

*[signature]*
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

-4-

*Leslee A. Neslon et al v. Rayah Levy, et. a*
3:16-cv-3797 MMC
STIPULATION