ABRAHAM M. GEORGE (*Pro Hac Vice*)
New York State Bar No. 4272258
LAW OFFICE OF ABRAHAM GEORGE, P.C.
44 Wall Street, 2nd Floor
New York, NY 10005
Tel: 212-498-9803
Fax: 646-558-7533
E-mail: abegeorgenyc@gmail.com

D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA  94102
Tel: 415-404-6615
Fax: 415-404-6616
E-mail: gill@sperleinlaw.com

Attorney for Plaintiffs
Leslee A. Nelson et al and Nancy Barth

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEE A. NELSON individually and as Trustee and Trustor of the LESLEE A. NELSON REVOCABLE TRUST and NANCY BARTH,<br><br>Plaintiffs,<br><br>v.<br><br>RAYAH LEVY, JESSICA JACOBSON, RAYAH RACHEL LEVY INTERNATIONAL d/b/a "ARTEQUESTA" and "AGENTS OF HUMANITY IN THE FINE ARTS", JOHN DOE and JANE DOES (1-10),<br><br>Defendants. | CASE №: 3:16-CV-3797 MMC<br><br>**PLAINTIFFS MOTION TO WITHDRAW "MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS AND [PROPOSED] ORDER]**"<br><br>Date: Sept. 23, 2016<br>Time: 9:00<br>Court Room: 7, 19th Floor |

-1-

*Leslee A. Nelson et al v. Rayah Levy, et. a*
3:16-cv-3797 MMC
PLAINTIFF'S STIPULATED MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

**NOW COMES** Plaintiff's counsel and hereby moves this Court to withdraw Plaintiff's MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS AND [PROPOSED] ORDER], ECF Doc # 27, filed on August 19th 2016 for good cause as follows:

1. Plaintiff's counsel and counsel for Defendant Jessica Jacobson have been in discussions that will lead to a stipulated resolution of Plaintiff's Motion for Enlargement of Time.

Respectfully submitted:

Dated: August 22, 2016        by:

*/s/ Abe George, Esq.*
_____

Abraham M. George
LAW OFFICES OF ABE GEORGE, ESQ. (*pro hac vice*)

D. Gill Sperlein
THE LAW OFFICE OF D. GILL SPERLEIN

Attorneys for Plaintiffs Leslee A. Nelson individually and as trustee and trustor of the Leslee A. Nelson revocable trust and Nancy Barth

-2-

*Leslee A. Nelson et al v. Rayah Levy, et. a*
3:16-cv-3797 MMC
PLAINTIFF'S STIPULATED MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

**[PROPOSED] ORDER**

Having considered the **PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS AND [PROPOSED] ORDER]** and finding good cause therefore:

**IT IS SO ORDERED**.

Dated:  Aug. 24, 2016

*[signature]*
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

-3-

*Leslee A. Nelson et al v. Rayah Levy, et. a*
3:16-cv-3797 MMC
PLAINTIFF'S STIPULATED MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME