IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEE A. NELSON, et. al., | No. C 16-3797 MMC |
|     Plaintiffs | **ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS; VACATING HEARING** |
| v. | |
| RAYAH LEVY, et al., | |
|     Defendants. | |

    Before the Court is defendant Jessica Jacobson's "Motion to Dismiss Under F.R.C.P. 12(b)(6) or for a More Definite Statement Under F.R.C.P. 12(e)," filed August 8, 2016. On August 29, 2016, plaintiffs filed an amended complaint.

    A party may amend a pleading "once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." See Fed. R. Civ. P. 15(a). "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

    In the instant case, plaintiffs filed their amended complaint within 21 days after service of defendant's motion to dismiss, and, consequently, were entitled to amend as of right. See Fed. R. Civ. P. 15(a).

//

Accordingly, the Court hereby DENIES as moot defendant's motion, and VACATES the September 30, 2016, hearing scheduled thereon.

**IT IS SO ORDERED.**

Dated: September 7, 2016

MAXINE M. CHESNEY
United States District Judge