IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEE A. NELSON, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>RAYAH LEVY, et al.,<br><br>  Defendants. | Case No. 16-cv-03797-MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF AMENDED COMPLAINT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

On August 29, 2016, plaintiffs electronically filed their "[Amended] Complaint for Damages and Declaration of a Constructive Trust and Other Equitable Relief." Plaintiffs have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiffs are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Plaintiffs are hereby advised that if they fail in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically filed document for which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: September 7, 2016

MAXINE M. CHESNEY
United States District Judge