IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEE A. NELSON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>RAYAH LEVY, et al.,<br><br>    Defendants. | Case No. 16-cv-03797-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the Court is the parties' joint stipulation, filed October 5, 2016, to reschedule the case management conference from October 14, 2016, to October 21, 2016.

The court finds it more appropriate to defer the case management conference until the pending motion has been resolved. Accordingly, the case management conference is hereby CONTINUED to December 9, 2016, at 10:30 a.m. The parties shall file a Joint Case Management Statement no later than December 2, 2016. If the parties wish to appear telephonically at the case management conference, they shall file a request with the Court no later than December 2, 2016. See Civil L.R. 16-10(a).

**IT IS SO ORDERED.**

Dated: October 6, 2016

MAXINE M. CHESNEY
United States District Judge