IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEE A. NELSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RAYAH LEVY, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-03797-MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPIES OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND COURT'S STANDING ORDERS** |

　　　　On September 30, 2016, defendants Rayah Levy and Rayah Rachel Levy International electronically filed their respective answers to plaintiffs' amended complaint, and, on October 6, 2016, defendant Jessica Jacobson electronically filed a reply in support of her motion to dismiss the amended complaint.

　　　　Each said defendant has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　Defendants are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting chambers copies of the above-referenced documents.  Defendants are hereby advised that if they fail in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically filed document for which a chambers copy

has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: October 11, 2016

MAXINE M. CHESNEY
United States District Judge