United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEE A. NELSON, et al., | Case No. 16-cv-03797-MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANT JESSICA JACOBSON'S MOTION TO DISMISS THE AMENDED COMPLAINT** |
| v. | |
| RAYAH LEVY, et al., | |
| Defendants. | |

Before the Court is defendant Jessica Jacobson's ("Jacobson") motion, filed September 15, 2016, to dismiss plaintiffs' Amended Complaint.  Plaintiffs have filed opposition, to which Jacobson has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for October 21, 2016.

**IT IS SO ORDERED.**

Dated: October 13, 2016

MAXINE M. CHESNEY
United States District Judge