IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEE A. NELSON, ET AL.,<br><br>       Plaintiffs,<br><br>  v.<br><br>RAYAH LEVY, et al.,<br><br>       Defendants. | Case No. 16-cv-03797-MMC<br><br>**SECOND ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPIES OF DOCUMENTS** |

By order filed October 11, 2016, the Court directed defendants Rayah Levy and Rayah Rachel Levy International to submit forthwith chambers copies of their respective answers, electronically filed September 30, 2016, in response to plaintiffs' amended complaint. Defendants have not complied with the Court's order.[1] Defendants are hereby again DIRECTED to submit forthwith chambers copies of their respective answers.

Parties are expected to comply with court orders without repeated reminders. Accordingly, defendants are hereby advised that the Court will impose sanctions for further failures to comply, including, but not limited to, striking from the record any further electronically filed document for which a chambers copy has not been timely provided to

---

[1] The Court's order of October 11, 2016, also directed defendant Jessica Jacobson to submit a chambers copy of her reply in support of her motion to dismiss the amended complaint, which said defendant promptly did.

the Court.

**IT IS SO ORDERED.**

Dated: October 24, 2016

_____
MAXINE M. CHESNEY
United States District Judge