1  MARK A. PRUNER, CA Bar No. 105259
   1206 "Q" Street, Suite 1
2  Sacramento, CA  95811
   Telephone: (916) 447-1121
3  Facsimile: (916) 447-9661
   Email: mpruner@prunerlaw.com
4
   Attorney for Defendants
5  RAYAH LEVY, RAYAH RACHEL LEVY
   INTERNATIONAL, INC., Doing Business As
6  "ArteQuesta"

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                San Francisco Division

11

| | |
|---|---|
| 12  LESLEE A. NELSON, Individually and as Trustee and Trustor of the LESLEE A. NELSON REVOCABLE TRUST and NANCY BARTH,<br><br>Plaintiffs,<br><br>vs.<br><br>RAYAH LEVY, JESSICA JACOBSON, RAYAH RACHEL LEVY INTERNATIONAL d/b/a "ARTEQUESTA" and "AGENTS OF HUMANITY IN THE FINE ARTS", JOHN DOE and JANE DOE (1-10),<br><br>Defendants.<br>_____ | Case No.: 3:16-cv-03797 MMC<br><br>**STIPULATION OF ALL PARTIES TO CONTINUE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, FOR MODIFICATION OF BRIEFING SCHEDULE RELATED TO THE MOTION, TO SET HEARING FOR ANY MOTION TO DISMISS, AND TO ADVANCE INITIAL CASE MANAGEMENT CONFERENCE;** [Proposed] **ORDER PURSUANT TO STIPULATION**<br><br>[Civil L.R. §§ 6-2, 7-12]<br><br>Assigned Judge: Hon. Maxine M. Chesney |

22     COME NOW plaintiffs Leslee A. Nelson, individually and as trustee and trustor of the

23  Leslee A. Nelson Revocable Trust, and Nancy Barth, defendants Rayah Levy and Rayah

24  Rachel Levy International, Inc., doing business as ArteQuesta, and defendant Jessica Jacobson,

25  being all of the parties in the above-entitled case, by and through their respective counsel of

- 1 -
Stipulation of All Parties to Continue Plaintiffs' Motion for Preliminary Injunction, for Modification of Briefing Schedule Related to the Motion, to Set Hearing for any Motion to Dismiss, and to Advance Initial Case Management Conference; [Proposed] Order Pursuant to Stipulation

record, and do hereby stipulate and agree as follows:

1. That the hearing on plaintiffs' Motion for Preliminary Injunction (Dkt. Nos. 48, 49, 50, 51, 52, 53, 54, and 56), now set for January 6, 2017, be continued to January 27, 2017, at the same time and Courtroom as now set.

2. That any brief or memorandum and supporting papers in opposition to plaintiffs' Motion for Preliminary Injunction be filed on or before January 6, 2017.

3. That any brief or memorandum and supporting papers in reply to any opposition to plaintiffs' Motion for Preliminary Injunction be filed on or before January 13, 2017.

4. That the hearing on any motion to dismiss any amended complaint filed by plaintiffs be heard on January 27, 2017.

5. That the Initial Case Management Conference now set for February 17, 2017, be advanced to January 27, 2017.

6. That the Case Management Statement for the Initial Case Management Conference now due February 10, 2017 be due January 17, 2016.

Dated: December 6, 2016.

*/s/ Mark A. Pruner*
_____
MARK A. PRUNER
Attorney for Defendants
RAYAH LEVY and RAYAH RACHEL LEVY INTERNATIONAL, INC., Doing Business As "ARTEQUESTA"

Dated: December 6, 2016.

*/s/ Andrew D. Winghart*
_____
ANDREW D. WINGHART
Attorney for Defendant
JESSICA JACOBSON

Dated: December 6, 2016.

*/s/ D. Gill Sperlein*
_____
D. GILL SPERLEIN
Attorney for Plaintiffs
LESLEE A. NELSON and NANCY BARTH

### [Proposed] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception of items 5 and 6, which remain as previously set.

Dated: December __6__, 2016.

_____
MAXINE M. CHESNEY
United States District Judge