ABRAHAM M. GEORGE (*Pro Hac Vice*)
New York State Bar No. 4272258
LAW OFFICE OF ABRAHAM GEORGE, P.C.
44 Wall Street, 2nd Floor
New York, NY 10005
Tel: 212-498-9803
Fax: 646-558-7533
E-mail: abegeorgenyc@gmail.com

D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
Tel: 415-404-6615
Fax: 415-404-6616
E-mail: gill@sperleinlaw.com

Attorney for Plaintiffs
Leslee A. Nelson et al and Nancy Barth

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEE A. NELSON individually and as Trustee and Trustor of the LESLEE A. NELSON REVOCABLE TRUST and NANCY BARTH,<br><br>Plaintiffs,<br><br>v.<br><br>RAYAH LEVY, JESSICA JACOBSON, RAYAH RACHEL LEVY INTERNATIONAL d/b/a "ARTEQUESTA" and "AGENTS OF HUMANITY IN THE FINE ARTS", JOHN DOE and JANE DOES (1-10),<br><br>Defendants. | CASE №: 3:16-CV-3797 MMC<br><br>**STIPULATION TO EXTEND DEADLINES TO FILE OPPOSITION TO MOTIONS TO DISMISS, OPPOSITIONS TO MOTION FOR PRELIMINARY INJUNCTION, RESETTING REPLY DUE DATES, AND RECALENDARING HEARINGS FOR ALL PENDING MOTIONS; [PROPOSED] ORDER]**<br><br>Date: January 27, 2017<br>Time: 9:00<br>Court Room: 7, 19th Floor |

-1-

**WHEREAS**, by stipulation of all of the parties, on December 6, 2016 the Court set certain dates for the hearing of motions by Defendants to dismiss plaintiffs' Second Amended Complaint, and further set certain dates for the opposition and reply papers related to Plaintiffs' Motion for Preliminary Injunction (the "**Order**"); Sperlein Decl. at ¶3.

**WHEREAS,** Defendant Jessica Jacobson filed a motion to dismiss plaintiffs' Second Amended Complaint on December 23, 2016; *Id*. at ¶4.

**WHEREAS,** Defendants Rayah Levy and Rayah Rachel Levy International, Inc. filed a motion to dismiss plaintiffs' Second Amended Complaint on December 23, 2016; *Id*. at ¶5.

**WHEREAS,** Plaintiffs have had to prepare oppositions to two Motions to dismiss over the winter holidays which was more daunting than originally anticipated and this was further exasperated by a miscommunication between co-counsel; *Id*. at ¶¶ 6 and 7.

**WHEREAS,** Plaintiffs requested, and Defendants have agreed, to ask the Court to continue the hearing dates for all pending motions, extend the dates for filing all related opposition papers, and extend the dates for the filing of all related reply papers [*Id*. at ¶¶ 8 and 9]; and

**WHEREAS,** the first status conference now set for February 27, 2017 be continued to March 24, 2017;

**THEREFORE**, all of the Parties do hereby **STIPULATE** as follows,

1. The motion hearing on the two pending Motions to Dismiss the Second Amended Complaint, and the pending Plaintiffs' Motion for Preliminary Injunction all be continued to Friday, February 17, at 9:00 a.m.;

-2-

2. Plaintiffs will have until January 20, 2017, to file any oppositions to the two pending Motions to Dismiss the Second Amended Complaint;

3. Defendants will have until January 20, 2017, to file any oppositions to Plaintiffs' Motion for Preliminary Injunction;

4. Replies to any filed opposition by any party will be due February 3, 2017;

5. The status conference now set for February 17, 2017, will be continued to March 24, 2027.

**IT IS SO STIPULATED**

Dated:                by:

　　　　　　　　　　　　　　　　*/s/ D. Gill Sperlein*
　　　　　　　　　　　　　　　　───────────────────────

　　　　　　　　　　　　　　　　D. Gill Sperlein
　　　　　　　　　　　　　　　　THE LAW OFFICE OF D. GILL SPERLEIN

　　　　　　　　　　　　　　　　Abraham M. George
　　　　　　　　　　　　　　　　LAW OFFICES OF ABE GEORGE, ESQ. (*pro hac vice* pending)

　　　　　　　　　　　　　　　　Attorneys for Plaintiffs Leslee A. Nelson individually and as trustee and trustor of the Leslee A. Nelson revocable trust and Nancy Barth

Dated:                by:    */s/ Andrew Wingate*
　　　　　　　　　　　　　　　　───────────────────────
　　　　　　　　　　　　　　　　Andrew Winghart
　　　　　　　　　　　　　　　　Attorney for Defendant Jessica Jacobson

Dated:                              by: */s/ Mark Pruner*
                                    _____
                                    Mark Prunner
                                    Attorney for Defendants Rayah Levy, Rayah Rachel Levy International d/b/a Artequesta and Agents of Humanity in the Fine Arts

### [PROPOSED] ORDER

Having considered the stipulation of the Parties and finding good cause therefore, **IT IS SO ORDERED**, and the status conference is hereby CONTINUED to March 24, 2017.

Dated: January 9, 2017

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE