1  ABRAHAM M. GEORGE (*Pro Hac Vice*)
   New York State Bar No. 4272258
2  LAW OFFICE OF ABRAHAM GEORGE, P.C.
3  44 Wall Street, 2nd Floor
   New York, NY 10005
4  Tel: 212-498-9803
5  Fax: 646-558-7533
   E-mail: abegeorgenyc@gmail.com
6

7  D. GILL SPERLEIN (SBN 172887)
   THE LAW OFFICE OF D. GILL SPERLEIN
8  345 Grove Street
   San Francisco, CA  94102
9  Tel: 415-404-6615
10 Fax: 415-404-6616
   E-mail: gill@sperleinlaw.com
11

12 Attorney for Plaintiffs
   Leslee A. Nelson et al and Nancy Barth

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LESLEE A. NELSON individually and as Trustee and Trustor of the LESLEE A. NELSON REVOCABLE TRUST and NANCY BARTH,<br><br>Plaintiffs,<br><br>v.<br><br>RAYAH LEVY, JESSICA JACOBSON, RAYAH RACHEL LEVY INTERNATIONAL d/b/a "ARTEQUESTA" and "AGENTS OF HUMANITY IN THE FINE ARTS", JOHN DOE and JANE DOES (1-10),<br><br>Defendants. | CASE №: 3:16-CV-03797 MMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 |

-1-

Miscellaneous Relief

The Court has reviewed Plaintiffs' Request for ~~Miscelaneous releif~~ relief and having found just cause **HEREBY GRANTS** the requested ~~releif~~ as follows:

[ ] ~~The CMC currently calendared for March 24, 2017 at 10:30 a.m. is hereby rescheduled to be held immediately following the hearing on Plaintiffs Motion for Preliminary Injunction on March 17, 2017 at 9:00 a.m.  The Parties Joint CMC statement is due one week prior on March 10, 2017.~~

[ X ]  The Court grants leave allowing Abraham George to attend telephonically the CMC scheduled for March 24, 2017 at 10:30 a.m. and further directs all parties to attend such CMC telephonically. Counsel shall make necessary arrangements by contacting the Courtroom Deputy.

[ ] ~~Local Counsel D. Gill Sperlein shall be permitted to attend the CMC on March 24, 2017 at 10:30 a.m. in lieu of lead counsel, provided that Counsel is prepared to address all of the matters referred to in the Court's CMC Order, and has authority to enter stipulations and make admissions pursuant to that Order.~~

**IT IS SO ORDERED**

Date: March 8, 2017

*Maxine M. Chesney*
MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE