1

2

3

4                        IN THE UNITED STATES DISTRICT COURT

5                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    LESLEE A. NELSON, et al.,                     Case No. 16-cv-03797-MMC

8                      Plaintiffs,

9          v.                                      **SECOND ORDER DIRECTING
                                                   DEFENDANT TO SUBMIT CHAMBERS
10   RAYAH LEVY, et al.,                           COPIES IN COMPLIANCE WITH CIVIL
                                                   LOCAL RULES AND COURT'S
11                    Defendants.                  STANDING ORDERS**

12

13         On March 3, 2017, defendant Jessica Jacobson electronically filed her answer to

14   plaintiffs' second amended complaint.  Defendant has violated the Civil Local Rules of

15   this District and the Court's Standing Orders, however, by failing "to provide for chambers

16   a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'."

17   See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The

18   Honorable Maxine M. Chesney ¶ 2.

19         Defendant is hereby ORDERED to comply with the Civil Local Rules of this District

20   and the Court's Standing Orders by immediately submitting a chambers copy of the

21   above-referenced document.

22         The Court has previously advised defendant of her failure to comply with the Civil

23   Local Rules of this District and the Court's Standing Orders in connection with earlier-filed

24   documents.  (See Order, filed October 11, 2016.)  Such reminder appears to have had

25   little to no effect on compelling compliance therewith.

26         Parties are expected to comply with court rules without repeated reminders.

27   Accordingly, defendant is hereby advised that the Court will impose sanctions, including,

28   but not limited to, striking from the record any further electronically filed document for

*United States District Court*
*Northern District of California*

1    which a chambers copy has not been timely provided to the Court.

2

3        **IT IS SO ORDERED.**

4

5    Dated: March 15, 2017

                                       MAXINE M. CHESNEY

6                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California