1  ABRAHAM M. GEORGE (*Pro Hac Vice*)
   New York State Bar No. 4272258
2  LAW OFFICE OF ABRAHAM GEORGE, P.C.
3  44 Wall Street, 2nd Floor
   New York, NY 10005
4  Tel: 212-498-9803
   Fax: 646-558-7533
5  E-mail: abegeorgenyc@gmail.com

6
   D. GILL SPERLEIN
7  THE LAW OFFICE OF D. GILL SPERLEIN
   345 Grove Street
8  San Francisco, CA  94102
9  Tel: 415-404-6615
   Fax: 415-404-6616
10 E-mail: gill@sperleinlaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## San Francisco Division

| | |
|---|---|
| LESLEE A. NELSON individually and as Trustee and Trustor of the LESLEE A. NELSON REVOCABLE TRUST and NANCY BARTH,<br><br>Plaintiffs,<br><br>v.<br><br>RAYAH LEVY, JESSICA JACOBSON, RAYAH RACHEL LEVY INTERNATIONAL d/b/a "ARTEQUESTA" and "AGENTS OF HUMANITY IN THE FINE ARTS", JOHN DOE and JANE DOES (1-10),<br><br>Defendants. | CASE №:  3:16-CV-03797 MMC (LB)<br><br>**STIPULATION & [PROPOSED] ORDER RE: DISMISSAL OF RAYAH LEVY AND RAYAH RACHEL LEVY INTERNATIONAL, INC., d/b/a "ARTEQUESTA"** |

-1-

TO THE COURT:

PLEASE TAKE NOTICE THAT Plaintiffs LESLEE A. NELSON, individually and as Trustee and Trustor of the LESLEE A. NELSON REVOCABLE TRUST, and NANCY BARTH, and Defendants RAYAH LEVY and RAYAH RACHEL LEVY INTERNATIONAL, INC., a California corporation, d/b/a "ARTEQUESTA" (erroneously also named as "Agents of Humanity in the Fine Arts"), have reached a resolution of the above-entitled matters and jointly request the Court, pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii) to dismiss the matter with prejudice, with the Court retaining jurisdiction to enforce the terms of the settlement agreement, and with Magistrate Judge Laurel Beeler retaining jurisdiction to enforce the terms of the settlement agreement.

Respectfully submitted:

Dated: _____November 6 , 2017_____        _____/s/ D. Gill Sperlein_____
                                            D. Gill Sperlein
                                            THE LAW OFFICE OF D. GILL SPERLEIN

                                            Abraham M. George
                                            LAW OFFICES OF ABE GEORGE, ESQ. (*pro hac vice*)

                                            Attorneys for Plaintiffs Leslee A. Nelson, individually and as Trustee and Trustor of the Leslee A. Nelson Revocable Trust, and Nancy Barth

Dated: _____November 6, 2017_____         _____/s/ Mark A. Pruner_____
                                            Mark A. Pruner
                                            Law Office of Mark A. Pruner
                                            Attorney for Defendants Rayah Levy and
                                            Rayah Rachel Levy International, Inc. d/b/a
                                            ArtéQuesta and erroneously as Agents of
                                            Humanity in the Fine Arts

# [PROPOSED] ORDER

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

**IT IS HEREBY ORDERED** that this case be dismissed with prejudice, each party to bear their own costs, expenses, and legal fees. The Court retains jurisdiction to enforce the terms of the settlement agreement, and Magistrate Judge Laurel Beeler retains jurisdiction to enforce the terms of the settlement agreement.

Dated: November 29, 2017

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE